**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CORY DEONTRA BRADLEY,
REG. #31675-044                                                                                              PLAINTIFF

v.                                          2:12-cv-00134-BSM-JTK

T. C. OUTLAW, et al.                                                                                      DEFENDANTS

## ORDER

Plaintiff, a federal inmate proceeding pro se, has been granted leave to proceed in forma pauperis (IFP) in this federal civil rights (Bivens) action, pursuant to 28 U.S.C. § 1915 (Doc. No. 4).

In the Order granting IFP status, the Court noted that it was uncertain whether Plaintiff intended to assert his Complaint against more than the four Defendants named in the caption of his Complaint, because he referred to several other individuals in the body of his Complaint. (Doc. No. 4, p. 3). The Court then provided Plaintiff with the opportunity to file an Amended Complaint, within thirty days, to clarify which individuals he wished to sue in this lawsuit. Id. Plaintiff has not, nowever, submitted an Amended Complaint; therefore, the Court finds that service is appropriate with respect to his allegations against named Defendants Outlaw, Bashaw, Runkle, and R. Hill. Accordingly,

IT IS THEREFORE ORDERED that service is appropriate for Defendants T. C. Outlaw, Officer Bashaw, Officer Runkle, and Officer R. Hill. The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is directed to serve a copy of the Complaint (Doc. No. 3) and summons on the Defendants, the United States Attorney for this district, and the United States Attorney General, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 22nd day of August, 2012.

                                                _____
                                                JEROME T. KEARNEY
                                                UNITED STATES MAGISTRATE JUDGE